# JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| BEVERLY ACHOLONU,<br><br>    Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; COMENITY BANK;<br><br>    Defendant(s). | Case No.: 8:19-cv-01766 JVS (ADSx)<br><br>**ORDER OF DISMISSAL OF ENTIRE MATTER WITH PREJUDICE** |

Plaintiff Beverly Acholonu and Defendant Experian Information Solutions, Inc. have announced to the Court that all matters in controversy have been resolved. A Stipulation of Dismissal with Prejudice as to the entire matter has been signed and filed with the Court. Having considered the Stipulation of Dismissal with Prejudice the Court makes and delivers the following ruling:

IT IS ORDERED that the claims and causes of action that were or could have been asserted herein by Plaintiff against Defendants are in all respects dismissed with prejudice to the refiling of same, with fees and court costs to be paid by the party incurring same.

DATED this 23rd day of March 2020.

*/s/ James V. Selna*
**HONORABLE JAMES V. SELNA**
UNITED STATES DISTRICT JUDGE

- 1 -